

# Fourth Court of Appeals
## San Antonio, Texas

May 7, 2015

No. 04-15-00119-CV

**IN THE INTEREST OF A CHILD**,

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-14-81
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

Appellee Texas Department of Family and Protective Services, through its general counsel, has filed a motion requesting a copy of the sealed record in this appeal for use in preparing an appellee's brief. The motion is GRANTED.

The Clerk of this Court is hereby directed to unseal the record for the sole purpose of providing a copy to counsel for appellee Texas Department of Family and Protective Services. Counsel is hereby ORDERED to not share the contents of the record with any person except to the extent necessary to prepare the appellee's brief.

If the other appellees desire to access the appellate record at a later date, they must file a separate written request with this Court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court